IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY SCOTT ROBERSON, Reg. No. 17142-002, </br></br> Petitioner, </br></br> v. </br></br> THE UNITED STATES OF AMERICA and DAVID POTTS, </br></br> Respondents. | ) ) ) ) ) ) CASE NO. 2:22-CV-352-WKW </br> ) [WO] </br> ) ) ) ) ) |

## **ORDER**

Before the court is Recommendation of the Magistrate Judge (Doc. # 17) to which no timely objections have been filed.  Based upon an independent review of the record, it is ORDERED as follows:

(1)   The Recommendation of the Magistrate Judge (Doc. # 17) is ADOPTED;

(2)   Petitioner's 28 U.S.C. § 2241 Petition for Habeas Corpus relief challenging the calculation of First Step Act credits is DENIED without prejudice for failure to exhaust administrative remedies; and

(3)   Petitioner's remaining claims are DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 14th day of April, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE